# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### BRYSON CITY DIVISION

### CRIMINAL NO.  2:04CR93-5

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **CHADWICK LEE HIGHT** | ) | |
| | ) | |

     **THIS MATTER** is before the Court on the government's motion to reduce Defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

     For the reasons stated therein,

     **IT IS, THEREFORE, ORDERED** that the government's motion is **ALLOWED**, and the Defendant's sentence is hereby reduced from a term of 144 months imprisonment to a term of 120 months imprisonment, with all other terms and conditions of the Judgment of Conviction to remain in full force and effect.  The Clerk of Court shall prepare an amended Judgment in accordance with the terms herein.

     The Clerk is directed to mail copies of this Order to the United States Attorney, defense counsel, the Defendant, and to the Warden of the federal correctional facility where the Defendant is currently imprisoned.

**Signed: August 17, 2005**

Lacy H. Thornburg
United States District Judge