THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 2:04-cr-00093-MR-DLH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| CHADWICK LEE HIGHT, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Terminate Supervised Release [Doc. 397]. The Defendant, who is represented by counsel, does not oppose the Government's motion.

Upon review of the Government's motion, the Court is satisfied that the early termination of the Defendant's supervised release in Case No. 2:04-cr-00093-MR-DLH is warranted. The Defendant will remain in custody pursuant to his supervised release violation in Case No. 2:05-cr-00038-MR-DLH.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Government's Motion to Terminate Supervised Release [Doc. 397] is **GRANTED**, and the

Defendant's term of supervised release in the above-referenced action is hereby terminated.

**IT IS SO ORDERED.**

Signed: November 16, 2015

Martin Reidinger
United States District Judge